UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CONNIE HUNT, </br></br> Plaintiff, </br></br> vs. </br></br> SANOFI U.S. SERVICES INC.; </br> SANOFI-AVENTIS U.S. LLC, </br></br> Defendants. | Case No. 5:23-cv-00638-D |

## ORDER ON MOTION TO STAY PROCEEDINGS

Having considered the Notice of Settlement between Plaintiff Connie Hunt and Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC, and good cause appearing:

IT IS HEREBY ORDERED as follows:

All pending deadlines are vacated and this matter is stayed for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

SO ORDERED. This _15_ day of December, 2023.

JAMES C. DEVER III
United States District Judge

1